Jason Wilson-Aguilar
Chapter 13 Bankruptcy Trustee
600 University St. #1300
Seattle, WA 98101
www.seattlech13.com

RECEIVED
Western District of Washington
at Seattle
JUL 02 2020
MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

| Western District of Washington, Seattle | **Clerk Memo**  
June 29, 2020 | Phone: (206) 624-5124  
Fax: (206) 624-5282 |
|---|---|---|

| **IN RE:** | Chapter 13 Case # 15-14993 |
|---|---|
| James Ellis Creager  
14027 Wayne Pl. N.  
Seattle, WA 98133 | Deb 1 SSN: XXX-XX-3552 |

**Regarding: Report of Unclaimed Funds**

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court pursuant to 11 U.S.C. § 347(a) and Federal Rules of Bankruptcy Procedure 3010 and 3011.

| Refund to Debtor  
Address Above | Check Number: 3444121 |
|---|---|
| | **Amount:** $1,482.73 |

Sincerely,

*[signature]*

Jason Wilson-Aguilar, Trustee
Dated: 06/29/2020

Case # 15-14993 / 0